## EXHIBIT A

### TO COMPLAINT FOR FORFEITURE *IN REM*

All articles of food in various size and type containers (excluding metal and glass containers) located anywhere on the property at *J and L Grocery, LLC, 4810 N. Highway 71, Alma, Arkansas* including but not limited to the main warehouse, the retail store, warehouses 1-6, the pricing shed, liquidation warehouse, or any other storage facility (excluding any walk-in coolers and walk-in freezers) on the property.  Including but not limited to:

1.  24 cases, more or less, of raisin bran cereal, an article of food, labeled in part:

    (Case)
    16/18.7 OZ
    BOXES***MEIJ
    91389***RAISIN BRAN
    CEREAL***BB:.
    AUG2018 CCP 19:44
    0653

    (Box)
    meijer*** RAISIN BRAN *** NET
    WT 18.7 OZ***AUG2018
    CCP***DIST. BY MEIJER
    DISTRIBUTION, INC. GRAND
    RAPIDS, MI
    49544***www.meijer.com

2.  64 cases, more or less, of cinnamon swirl crunch cereal, an article of food, labeled in part:

    (Case)
    12/12.2 OZ
    BOXES***MEIJ
    91416***CINNI-MINI
    CRUNCH®
    CEREAL***BB:
    AUG2218T3M 08:56
    00000132

    (Box)
    meijer*** CINNAMON SWIRL
    CRUNCH *** NET WT 12.2
    OZ***AUG2218 T3M***DIST. BY

14



MEIJER DISTRIBUTION, INC.
GRAND RAPIDS, MI
49544***www.meijer.com

3.  6 metal bins, more or less, of mixed bags of dog food, an article of food,
    labeled in part:

    (Bag)
    ***Hill's PRESCRIPTION
    DIET***Digestive Care***NET WT 8
    lb***10207 PT311508***BEST BEFORE
    07 2018 MO611812 KD 341***Made in our
    own USA facilities with the highest quality
    ingredients from North America, Europe,
    Australia, and New Zealand.

All articles of drug (expired and unexpired) located anywhere on the property at *J and L
Grocery, LLC, 4810 N. Highway 71, Alma, Arkansas* including but not limited to the main
warehouse, the retail store, warehouses 1-6, the pricing shed, liquidation warehouse, or any
other storage facility (excluding any walk-in coolers and walk-in freezers) on the property.
Including but not limited to:

4.  Renewal Hand Sanitizer 80 cases of 6, 8 oz bottles and 101 cases
    cases of 6, 8 oz bottles an article of drug product

    (Bottle)
    "***RITE AID***RENEWAL TM***advanced
    HAND SANITIZER***8FL OZ***L0013548FB***0230975 EXP. 01/2016
    21:25***Drug Facts*** Active ingredient***Ethyl Alcohol
    70%***Purpose***Antiseptic***DISTRIBUTED BY RITE AID 30 HUNTER
    LANE, CAMP HILL, PA 17011***"

5.  Neutrogena Baby faces sunscreen SPF 45 2.5 FL OZ 12 cases of 12 each
    boxes+1 cases of 12 each boxes

    (Case)
    "***Neutrogena***LOT0022C***EXP2014/10***Neutrogena
    Corporation Los Angeles, CA 90045 Pure & Free Baby Faces Ultra
    Gentle Cream Sunscreen Broad Spectrum SPF45+2.5 fl oz***"

    (Bottle)
    ***Neutrogena***pure & free baby faces ultra gentle cream
    sunscreen***Broad Spectrum SPF 45+***Drug Facts***Active
    ingredient Titanium Dioxide 5.15, Zinc Oxide
    2.9%***Purpose***Sunscreen***LOT0022C EXP2014/10***"

All articles of device located anywhere on the property at *J and L Grocery, LLC, 4810 N. Highway 71, Alma, Arkansas* including but not limited to the main warehouse, the retail store, the pricing shed, the liquidation warehouse, or any other storage facility (excluding any walk-in coolers and walk-in freezers) on the property. Including but not limited to:

6.    70 units, more or less, of CVS burn pads found in the grocery retail store, an article of device, labeled in part:

(Bag)
    "***CVS Health STERILE Manuka Honey Burn Pad *** Infused with medical-grade honey, which assists in maintaining a moist environment for optimal wound healing *** Ideal for minor scalds and burns *** LOT *** 051015 *** 2018-03 *** 1 ADHESIVE PAD *** #313377 ***".

7.    92 boxes, more or less, of Tampons Biodegradable found in the grocery retail store, an article of device, labeled in part:

(Box)
    "***TAMPONS BIODEGRADABLE *** Super *** 20 tampons *** ATTENTION: *** Choose the absorbency to best suit your needs: *** Ingredients: *** TAMPONS BIODEGRADABLE *** 228610 *** Distributed by Rostam US *** Lincoln, RI 02865 ***"

8.    8 boxes, more or less, of Sterile Signature Care Hydrogen Peroxide Cleaning and Disinfecting solution found in the grocery retail store and the pricing shed, an article of device, labeled in part:

(Box)
    "***STERILE *** HYDROGEN PEROXIDE Cleaning & Disinfecting Lens Care System *** 12 FL OZ *** TAMPER EVIDENT: *** WARNING: *** PRECAUTIONS: *** Store below 25°C (77°F) *** DIRECTIONS FOR USE: *** Signature care *** STERILE *** RD15159 *** 134720 EXP 5/18 ***".

9.    35 boxes, more or less, of Poise pads, lot numbers LF813922X and LF814022X, found in the main warehouse, an article of device, labeled in part:

(Box)
    "***Poise PADS *** LF8 139 22 X 01:44 *** LONG LENGTH *** 6 *** ULTIMATE *** 108 PADS*** 4816500 *** Poise PADS *** Trusted 3-in-1 Protection *** Individually Wrapped *** 500000037585 ***"

10.   69 packs, more or less, of Attends adult diapers, Item # 25031 (lot numbers 5267W62301, 5322W61312, 5322W61313, 5219W60139, 7164W62201,

7164W61729, 7164W61715, 7164W62041, 7164W62212, 7107W60858, 7131W61554, 7339W60147, 7164W62042, 7271W60747, 6022W60402, 7107W60856, 7131W61606, 5287W61721, and 5267W62301) and Item # 36850 (lot numbers 7164Z1214:01 and 7164Z1214:04), found in the main warehouse, an article of device, labeled in part:

(Packs)
"***Attends *** Underwear Complete *** 20 COUNT *** MEDIUM *** Warning *** Reorder Number *** APP0720 *** Underwear Complete *** Attends *** Incontinence *** How to Apply *** INCLUDE NUMBER WITH CORRESPONDENCE 5322W61312 ***".

11.    45 packs, more or less, of Premier Corn Cushions (no lot number) found in the liquidation store, an article of device, labeled in part:

(Packs)
"***Premier CORN CUSHIONS NON-MEDICATED *** 9 CUSHIONS *** Helps relieve painful pressure *** DIRECTIONS: *** Distributed by: *** Premier Brands of America Inc. Mount Vernon, New York ***".

12.    34 boxes, more or less, of Rapid Care Cool Pack (no lot number) found in the grocery retail store and liquidation store, an article of device, labeled in part:

(Box)
"***Rapid Care *** ITEM #80012 *** INSTANT COLD PACK *** SINGLE USE *** CONTAINS 1 COLDPACK *** Ideal For Minor Sprains *** Sports Injury *** Directions to Activate *** MCL ENTERPRISES Mira Loma, CA ***".

All articles of cosmetic located anywhere on the property at *J and L Grocery, LLC, 4810 N. Highway 71, Alma, Arkansas* including but not limited to the main warehouse, the retail store, warehouses 1-6, the pricing shed, liquidation warehouse, or any other storage facility (excluding any walk-in coolers and walk-in freezers) on the property.  Including but not limited to:

13.    "***12/8 oz***PERSONAL CARE DEEP CLEANSING COLD CREAM***100 48155 92229 4***Personal Care Products, LLC Troy, Michigan 48084 U.S.A.***"

14.    3 PALLETS, MORE OR LESS OF 72 PIECE/CASES OF CLAIROL HAIR COLORING, LABELED IN PART:

(CASE)
15.    "***CLAIROL PROFESSIONAL***CONTENTS: 72 PIECES (12-6 PACKS)***9N/89N***CLASSIC VERY LIGHT

NEUTRAL BLONDE***381519063107***3234030200***320456***09:23***84886535***103815190631 04***"

16.    3 CASES, MORE OR LESS, OF COLD CREAM DEEP CLEANSING MAKE-UP REMOVER, LABELED IN PART:

(BOTTLE)

17.    "***Personal Care***cold cream Deep Cleansing***removes make-up***NET WT 8 oz***Distributed by: PERSONAL CARE PRODUCTS, LLC***Troy, Michigan 48084 U.S.A.***Made in China***PRO: 02/2014***EXP: 02/2017***"