**EXHIBIT B**

**TO COMPLAINT FOR FOREITURE *IN REM***





GOVERNMENT
EXHIBIT

B





































**Photographs of drug products**

























## Drug Facts

**Active ingredient**       **Purpose**
Ethyl Alcohol 70%............................. Antiseptic

**Uses** ■ to decrease bacteria on the skin that could cause disease ■ recommended for repeated use

**Warnings**
For external use only–hands

**Flammable. Keep away from heat and flame.**

**When using this product** ■ keep out of eyes. In case of contact with eyes, flush thoroughly with water. ■ avoid contact with broken skin ■ do not inhale or ingest

**Stop use and ask a doctor** if skin irritation develops.

**Keep out of reach of children.** If swallowed, get medical help or contact a Poison Control Center right away.

**Directions** ■ wet hands thoroughly with product and allow to dry without wiping. ■ for children under 6, use only under adult supervision ■ not recommended for infants

**Other information** ■ do not store above 105°F ■ may discolor some fabrics ■ harmful to wood finishes and plastics

**Inactive ingredients** water, glyceryl caprylate/caprate, glycerin, isopropyl myristate, tocopheryl acetate, acrylates/C10-30 alkyl acrylate crosspolymer, fragrance, benzophenone-4

**DISTRIBUTED BY: RITE AID
30 HUNTER LANE, CAMP HILL, PA 17011
IF YOU'RE NOT SATISFIED, WE'LL
HAPPILY REFUND YOUR MONEY.**

*Effective at eliminating more than 99.99% of many common harmful germs and bacteria in as little as 15 seconds.

**Not manufactured or distributed by GOJO Industries, Inc. distributor of Purell® Refreshing Gel Advanced Hand Sanitizer.

Patent Pending

0 11822 03400 5

L0013548BA

## Photographs of Cosmetic Products













**Photographs of Device Products**





